UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

      Petitioner,

v.                                                    CASE NO. 3:10-MC-00031-J-32JBT

SMURFIT-STONE CONTAINER CORP.,

      Respondent.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum Issued by the Occupational Safety and Health Administration (Doc. 1). The Petition seeks an order requiring Respondent to show cause why it should not be required to produce certain documents and records as required by an administrative subpoena *duces tecum* issued by the Occupational Safety and Health Administration ("OSHA") and served on Respondent on August 26, 2010. Although the Petition has not been served on Respondent, it appears that proceeding *ex parte* at this stage does not violate Respondent's due process rights. *See NLRB v. Contemporary Cars, Inc.*, 6:09-MC-148-ORL-28DAB (M.D. Fla. Dec. 14, 2009).

Upon consideration, it is **ORDERED**:

1.      The Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum Issued by the Occupational Safety and Health Administration (**Doc. 1**) is **GRANTED**, **in part**, to the extent it seeks issuance of an order to show cause.

1

2. **On or before January 7, 2011**, Respondent, Smurfit-Stone Container Corp., shall **SHOW CAUSE** in writing why the relief sought in the Petition (an order compelling the production of the subpoenaed documents) should not be granted. Respondent is cautioned that failure to file a timely response to this Order may result in granting the ultimate relief sought by Petitioner — an order compelling the production of the subpoenaed documents.

3. Petitioner, Hilda L. Solis, shall forthwith serve a copy of this Order, the Petition, and accompanying papers, upon Respondent and file a notice with the Court certifying same.

**DONE AND ORDERED** at Jacksonville, Florida, on December 9, 2010.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:   Counsel of Record
             Any Unrepresented Party